**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-cr-00087-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SEAN FOLLETT, | ) | |
| Defendant. | ) | |

On August 1, 2012, the defendant filed a "motion for sentence modification" (#36). On September 17, 2012, the court denied the motion in part but reserved on that portion of the motion that could be construed as a motion under 28 U.S.C. § 2255. The court directed the defendant to file a supplement on or before October 17, 2012, setting forth with particularity why the motion should not be dismissed as untimely and advised defendant that failure to file a supplement would result in denial of his motion.

Defendant has failed to file any response to the court's order, and the time for doing so has expired. Accordingly, for the

1

reasons set forth in the court's order of September 17, 2012, the defendant's motion for sentence modification (#36), insofar as it seeks relief pursuant to 28 U.S.C. § 2255, is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: This 31st day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE