UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:09-cr-00087-HDM-CLB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SEAN DAVID FOLLETT, | |
| Defendant. | |

The defendant's motion for leave to file under seal (ECF No. 53) Exhibits B and C, which contain the defendant's medical records and a Bureau of Prisons record detailing some of the defendant's medical conditions, is GRANTED. Exhibits B and C (ECF No. 54) are deemed properly filed under seal.

IT IS SO ORDERED.

DATED: This 13th day of March, 2024.

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE