UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:09-cr-00087-HDM-CLB |
|---|---|
| Plaintiff, | **Order Granting Stipulation to Extend Time to File Defendant's Reply to Government's Response to Motion for Compassionate Release** (First Request) |
| v. | |
| SEAN DAVID FOLLETT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Sean David Follett, request that the due date for Mr. Follett's reply to the government's response to the Motion for Compassionate Release, currently due March 26, 2024, be extended thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the government's response, discuss it with Mr. Follett, and to prepare the reply.

2. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

1   This is the first request for a continuance of the reply deadline.

2   DATED this 21st day of March 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By /s/ *Edward D. Penetar*<br>EDWARD D. PENETAR<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SEAN DAVID FOLLETT,<br><br>        Defendant. | Case No. 3:09-cr-00087-HDM-CLB<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to the Government's Response to the Motion for Compassionate Release, that the Defendant's deadline to file his Reply is extended to Thursday, April 25, 2024.

DATED this 25 day of March, 2024.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE