UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>SEAN DAVID FOLLETT,<br><br>                Defendant. | Case No. 3:09-cr-00087-HDM-CLB<br><br>ORDER |

The defendant has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 52). The defendant was released from custody on May 2, 2024. *See* https://www.bop.gov/inmateloc/ (last accessed May 6, 2024). The defendant's motion for reduction of sentence is therefore DENIED AS MOOT.

IT IS SO ORDERED.

DATED: This 6th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE